# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILFREDO LOPEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>D. BERKEBILE, et al.,<br><br>  Defendants. | 1:14-cv-01003-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $400.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN FORTY-FIVE DAYS |

Plaintiff, a federal prisoner proceeding pro se, filed this civil rights action in this civil action pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971) on June 26, 2014.  Plaintiff neither paid the $400.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, plaintiff shall either pay the $400.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed.  **No requests for extension will be granted without a showing of good cause.  Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **June 30, 2014**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

1