1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9
10   GILFREDO LOPEZ,                          1:14-cv-01003-LJO-BAM (PC)

11                Plaintiff,                   ORDER GRANTING EXTENSION OF
                                               TIME TO FILE OBJECTIONS TO
12        v.                                   FINDINGS AND RECOMMENDATIONS

13   D. BERKEBILE, et al.,
                                               (ECF No. 10)
14                Defendants.

15

16

17        Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil action

18   pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388,

19   91 S.Ct. 1999 (1971).  On January 28, 2015, the undersigned issued Findings and

20   Recommendations regarding dismissal of claims against staff at USP Big Sandy and USP

21   Hazelton without prejudice for improper venue and dismissal of action with prejudice for failure

22   to state a claim.  The Findings and Recommendations were served on Plaintiff and contained

23   notice that any objections were to be filed within fourteen days.  (ECF No. 9, p. 5.)  Plaintiff's

24   objections were due on or before February 17, 2015.

25        On February 27, 2015, Plaintiff filed the instant motion for an extension of time to file his

26   objections to the Findings and Recommendations.  (ECF No. 10.)  Although untimely, Plaintiff

27   explains that he mailed his original request for an extension of time on February 5, 2015, but the

28   mail was returned to him for issues with his postage.  (ECF No. 10, p. 2.)  Plaintiff requests

                                             1

1  additional time to file his objections because the institution was on lockdown status and he had no

2  access to the law library.

3       Good cause having been presented to the court and GOOD CAUSE APPEARING

4  THEREFOR, IT IS HEREBY ORDERED that:

5       Plaintiff is granted 30 days from the date of service of this order in which to file his

6  objections, if any, to the Findings and Recommendations.

7

8  IT IS SO ORDERED.

9     Dated:   **March 2, 2015**                    /s/ *Barbara A. McAuliffe*

10                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28