1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   GILFREDO LOPEZ,                          )   Case No.: 1:14-cv-01003-LJO-BAM (PC)
                                              )
12              Plaintiff,                    )   ORDER REGARDING PLAINTIFF'S MOTION TO
                                              )   AMEND JUDGMENT
13        v.                                  )
                                              )   (ECF No. 17)
14   D. BERKBILE, et al.,                     )
                                              )
15              Defendants.                   )
                                              )
16   _____     )

17        Plaintiff Gilfredo Lopez ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of*

19   *Narcotics*, 403 U.S. 388, 91 S. Ct. 1999 (1971). Plaintiff initiated this action on June 16, 2014.

20        On April 14, 2015, the Court (1) dismissed Plaintiff's claims against staff at United States

21   Penitentiary Big Sandy in Eastern Kentucky, and against staff at United States Penitentiary Hazelton,

22   in West Virginia, without prejudice, based on improper venue; and (2) dismissed Plaintiff's claims

23   against staff at United States Penitentiary Atwater in Atwater, California, with prejudice, for failure to

24   state a claim upon which relief may be granted. (ECF No. 12.) On December 21, 2015, Plaintiff filed a

25   motion to reconsider the dismissal order. (ECF No. 13.) On August 10, 2016, the Court denied

26   Plaintiff's first motion for reconsideration. (ECF No. 14.)

27        Plaintiff then filed a motion to supplement and clarify his Rule 60(b)(6) motion, dated August

28   12, 2016. (ECF No. 15.) The Court construed that filing as a second motion for reconsideration of the

                                              1

1   dismissal order pursuant to Rule 60(b)(6), considered it, and denied it by an order dated August 18,

2   2016. (ECF No. 16.)

3          Currently before the Court is Plaintiff's motion to amend the judgment. (ECF No. 17.) Plaintiff

4   argues that the order denying his first motion for reconsideration was premature, as it was made

5   without the additional clarification of his claims and supplemental evidence. As a result, he seeks for

6   the Court to amend its judgment based on his additional filing.

7          As explained above, the Court considered Plaintiff's supplement and clarification to his Rule

8   60(b)(6) motion. For the reasons stated in its August 18, 2016, it did not find that the additional

9   clarification and supplemental evidence was sufficient grounds to reconsider its previous order

10  dismissing this action. As a result, Plaintiff's current request for the Court to consider his additional

11  arguments, evidence, and information is moot, and shall be denied.

12         Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to amend the judgment, dated

13  August 17, 2016 (ECF No. 17), is DENIED.

14  IT IS SO ORDERED.

15     Dated:   **August 23, 2016**            _____/s/ Lawrence J. O'Neill_____

16                                             UNITED STATES CHIEF DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28